UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| Ankush Chowdhary, an individual,, | Case No. 3:26-cv-05226 |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT HEWLETT PACKARD ENTERPRISE COMPANY'S ADMINISTRATIVE MOTION TO SEAL |
| v. | |
| Hewlett Packard Enterprise Company, and Does 1-10, inclusive, | Judge:    Hon. Susan van Keulen |
| Defendants. | Crtrm:    6, 4th Fl. |

Defendant Hewlett Packard Enterprise Company ("Defendant" or "HPE") moved the Court to seal portions of Plaintiff Ankush Chowdhary's Complaint and Exhibit A.

Having considered the Motion pursuant to Civil Local Rules 7-11 and 79-5, all materials submitted in support thereof, and other records on file, the Court **GRANTS** Defendant's Motion and **ORDERS** sealed the portions of the documents listed below:

| Document | Portions to Be Filed Under Seal | Designating Party | Basis for Sealing |
|---|---|---|---|
| Plaintiff's Complaint | HIGHLIGHTED PORTIONS ON THE FOLLOWING:<br><br>Paragraph 74 – Screen shot<br><br>Paragraph 77 – Screen shot<br><br>Paragraph 80 – Screen shot | HPE | These portions disclose information about HPE's security configuration, potential security vulnerabilities, and related identifiers that could make HPE vulnerable to cyber-attacks. |
| Exhibit A to Plaintiff's Complaint | Pages 2-17 – Screen shots | HPE | These portions disclose information about HPE's security configuration, potential security vulnerabilities, and related identifiers that could make HPE vulnerable to cyber-attacks. |

/ / /

/ / /

/ / /

/ / /

1

HPE has filed a redacted version of the Complaint and Exhibit A (Dkt. 1) at Dkt. 9.

DATED: June 24 , 2026

_____
Susan van Keulen
Judge of the United States District Court

2