Robert J. King (Bar No. 302545)
robert@kingsiegel.com
**KING & SIEGEL LLP**
601 University Avenue, Suite 275
Sacramento, CA 95825
tel: (213) 465-4802
fax: (213) 465-4803

Attorneys for Plaintiff Ankush Chowdhary

Daniel J. Bergeson (Bar No. 105439)
Dbergeson@Be-Law.com
Susan E. Bower (Bar No. 173244)
Sbower@Be-Law.com
Jaideep Venkatesan (Bar No. 211386)
Jvenkatesan@Be-Law.com
Andrew C. Johnson (Bar No. 322069)
Ajohnson@Be-Law.com
Dennis F. Murphy, Jr. (Bar No. 301008)
dmurphy@be-law.com
**BERGESON LLP**
111 N. Market Street, Suite 600
San Jose, California 95113
Telephone: (408) 291-6200
Facsimile: (408) 297-6000

Attorneys for Defendant Hewlett Packard Enterprise Company

King & Siegel LLP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**Ankush Chowdhary**, an individual

Plaintiff,

v.

**Hewlett Packard Enterprises Company,** and **Does 1-10, inclusive**

Defendants.

CASE NO.: 5:26-CV-05226-SVK

ORDER ON

**JOINT STIPULATION TO CONTINUE HEARING ON DEFENDANT'S MOTION TO COMPEL ARBITRATION, INITIAL CASE MANAGEMENT CONFERENCE, AND RELATED DEADLINES**

Hon. Susan Van Keulen

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Ankush Chowdhary ("Plaintiff") and Defendant Hewlett Packard Enterprises Company ("Defendant") (collectively the "Parties"), by and through their respective counsel of record, hereby agree and stipulate as follows:

**WHEREAS,** a hearing on Defendant's Motion to Compel Arbitration and Stay Proceedings (the "Motion"), Dkt. 14, is currently set for September 15, 2026, at 10:00 a.m. in Courtroom 6, 4th Floor - United States Courthouse, 280 South 1st Street, San Jose, CA 95113 before the Honorable Susan Van Keulen;

**WHEREAS,** on August 3, 2026, after the Motion was filed, Plaintiff's Counsel informed Defendant's Counsel that Plaintiff's Counsel is currently unavailable and is unable to adhere to the current briefing schedule;

**WHEREAS,** due to Plaintiff's Counsel's unavailability, the Parties agree to a two-week continuance of the Motion hearing date and briefing schedule to the following dates:

- New (proposed) Hearing Date: September 29, 2026 at 10:00 a.m.;
- New (proposed) Opposition Deadline: August 31, 2026;
- New (proposed) Reply Deadline: September 7, 2026;

**WHEREAS**, on June 3, 2026, the Court set a Case Management Conference for September 1, 2026 at 9:30 a.m. (Dkt. 4);

**WHEREAS**, the Parties have conferred and believe that Defendant's pending Motion will have a meaningful impact on the Parties' abilities to effectively meet and confer and otherwise comply with Federal Rule of Civil Procedure 26(f);

**WHEREAS**, the Parties agree that the Case Management Conference and associated deadlines should be rescheduled to November 24, 2026 at 9:30 a.m. or as soon thereafter as the Court is available so that Defendant's pending Motion is resolved prior to the Parties meeting and conferring and otherwise complying with Federal Rule of Civil Procedure 26(f).

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties, through their counsel of record, that the Parties jointly request the Court enter an Order granting their request as follows:

- Opposition To Motion Deadline: August 31, 2026
- Reply In Support of Motion Deadline: September 7, 2026
- Hearing On Motion: September 29, 2026 at 10:00 a.m.
- Deadline to File ADR Certification: November 3, 2026
- Deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan: November 3, 2026
- Deadline to make initial disclosures: November 17, 2026
- Deadline to file Joint Case Management Statement: November 17, 2026
- Initial Case Management Conference: November 24, 2026 at 9:30 a.m.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 6, 2026

Respectfully submitted,

**KING & SIEGEL LLP**

By: _/s/Robert J. King_
Julian Burns King
Robert J. King
Attorneys for Plaintiff

Dated: August 6, 2026

Respectfully submitted,

**BERGESON LLP**

By: __*/s/Andrew Johnson*____________
Daniel Bergeson
Susan Bower
Jaideep Venkatesan
Andrew Johnson
Dennis Murphy Jr.
Attorneys for Defendant

King & Siegel LLP

King & Siegel LLP

# ~~[PROPOSED]~~ ORDER

Upon review and consideration of the Parties' Joint Stipulation, and good cause appearing, it is hereby ordered:

1. Plaintiff's deadline to file an Opposition to Defendant's Motion to Compel Arbitration and Stay Proceedings, currently set for August 17, 2026, shall be CONTINUED to August 31, 2026.
2. Defendant's deadline to file a Reply In Support Of Defendant's Motion to Compel Arbitration and Stay Proceedings, currently set for August 24, 2026, shall be CONTINUED to September 7, 2026.
3. The Hearing on Defendant's Motion to Compel Arbitration and Stay Proceedings, currently scheduled for September 15, 2026 at 10:00 a.m., shall be CONTINUED to September 29, 2026 at 10:00 a.m.
4. The deadline to file ADR Certification is CONTINUED to November 3, 2026.
5. The deadline to meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan is CONTINUED to November 3, 2026.
6. The deadline to make initial disclosures is CONTINUED to November 17, 2026.
7. The deadline to file Joint Case Management Statement is CONTINUED to ~~November 17, 2026.~~ December 1, 2026.
8. The Initial Case Management Conference is CONTINUED to ~~November 24, 2026 at 9:30 a.m.~~ December 8, 2026 at 9:30 a.m.

**IT IS SO ORDERED.**

DATED: August 7, 2026

Susan van Keulen

Hon. Susan Van Keulen
United States Magistrate Judge